AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
RAYMOND LAIRD DAVIS, JR.

)
)
)
)
)
)

Case No. 1:25-CR-203

*Defendant*

2025 JUL 14 12:22
UNITED STATES MARSHAL

2025 JUL 28 A 10:47 FILED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  RAYMOND LAIRD DAVIS, JR.,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute Cocaine (21 U.S.C. § 841(a), (b)(1)(C))
Count 2: Possession with Intent to Distribute Fentanyl (21 U.S.C. § 841(a), (b)(1)(C))
Count 3: Possession with Intent to Distribute 3,4- Methylenedioxymethamphetamine (21 U.S.C. § 841(a), (b)(1)(C))
Count 4: Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime (18 U.S.C. § 924(c)(1)(A))
Count 5: Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1))

Date: 7/10/25

*Issuing officer's signature*

City and state:  Alexandria, VA

Dani Zirk, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 07/28/2025, and the person was arrested on *(date)* 07/28/2025
at *(city and state)* MANASSAS, VA.

Date: 07/28/2025

*Arresting officer's signature*

DEJ. C. SEISE
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____